# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIEL ANGEL TORRES DIAZ, <br><br> Petitioner, <br><br> v. <br><br> JEREMY CASEY, *et al.*, <br><br> Respondents. | Case No. 26-cv-0808-BAS-DEB <br><br> **ORDER DENYING AS MOOT MOTION TO ENFORCE JUDGMENT (ECF No. 13)** |

Petitioner Dariel Angel Torres Diaz filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  On February 24, 2026, the Court granted the Petition and ordered that Petitioner receive a bond hearing before an Immigration Judge within seven days.  (ECF No. 11.)

Petitioner filed a Motion to Enforce the Judgment, which argues the Government has failed to comply with the Court's bond hearing requirement.  (ECF No. 13.)  In response, the Government filed a Status Report noting that Petitioner had been scheduled for a bond hearing on March 3, 2026.  (ECF No. 15.)  Today, the Government filed a Notice

- 1 -

26cv0808

of Compliance.  (ECF No. 16.)  The Government shows that Petitioner received a bond hearing, where he was granted release on a $2,000 bond.  (*Id.*, Ex. 3.)

Accordingly, in light of the Government's Notice of Compliance, the Court **DENIES AS MOOT** the Motion to Enforce the Judgment.  (ECF No. 13.)

**IT IS SO ORDERED.**

**DATED: March 4, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv0808